**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Rodney Alexander MITCHELL,
Defendant–Appellant.**

**No. 14–7113.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 18, 2014.

Decided: Dec. 22, 2014.

Rodney Alexander Mitchell, Appellant Pro Se. Erik Sean Siebert, Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before SHEDD, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rodney Alexander Mitchell appeals the district court's order denying his motion for modification of sentence, 18 U.S.C. § 3582(c) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Mitchell,* No. 3:11–cr–00286–JRS–2 (E.D.Va. June 27, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*